```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF FLORIDA
       FORT MYERS DIVISION
```

LISA PETRULLO,

    Plaintiff,

v.                        Case No: 2:23-cv-335-JES-NPM

BURLINGTON COAT FACTORY WAREHOUSE CORPORATION, a foreign corporation,

    Defendant.

_____

**ORDER**

On December 21, 2023, the Court entered an Order (Doc. #43) administratively closing the case for a period of time to allow the parties to submit final documents. That time has now expired, and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __23rd__ day of January 2024.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record